DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
Senior Assistant Attorney General
JULIA A. TAYLOR #244613
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  allie.m.boyd@doj.oregon.gov
        julia.taylor@doj.oregon.gov

Attorneys for Defendants Department of Corrections, Ryan Dwyer, Bonny McCoy, and Christina Towers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MORGAN DUNLAP,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE OF OREGON, acting by and through OREGON DEPARTMENT OF CORRECTIONS, an Oregon Executive Agency, BONNIE MCCOY, in her individual capacity; CHRISTINA TOWERS, in her individual capacity; and RYAN DWYER, in his individual capacity; and DOE DEFENDANTS 1-10,<br><br>       Defendants. | Case No.  3:26-CV-1197<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(C)<br>JURY TRIAL DEMANDED<br><br>Not Subject to mandatory Arbitration<br><br>Amount Prayed for $4,500,000.00 |

PLEASE TAKE NOTICE that the civil case of the above captioned case *Morgan Dunlap v. State of Oregon, et al*, Marion County Case No. 26CV24241 is hereby removed to the United States District Court for the District of Oregon, Eugene Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. The grounds for removal are as follows:

1.     On May 13, 2026, plaintiff Morgan Dunlap filed his complaint in Marion County Circuit court, Case No. 26CV24241, and served Defendant State of Oregon on May 15, 2026.

Page 1 -    NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(C)

Pursuant to 28 U.S.C. § 1446(a), a copy of the summons and complaint is attached hereto as **Exhibit 1**, and proof of service is attached hereto as **Exhibit 2**. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as being within 30 days of Defendant State of Oregon's receipt of summons.

2.      This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint states a claim which asserts a question of federal law. Specifically, Plaintiff's First and Second Claims for Relief assert claims under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1441(c), a civil action including mixed state and federal claim may be removed in its entirety.

3.      The undersigned counsel represents all named defendants in this matter, and all defendants join this Notice of Removal.

4.      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removal of the above-captioned matter to this Court is timely and appropriate.

5.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon plaintiff and a copy is being e-filed with the Clerk of the Marion County Circuit Court.

WHEREFORE, the above-captioned case is removed from the Marion County Circuit Court and to the U.S. District Court for the District of Oregon.

DATED June 12, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ Allie M. Boyd_
ALLIE M. BOYD #163478
Senior Assistant Attorney General
JULIA A. TAYLOR #244613
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880; Fax (971) 673-5000
allie.m.boyd@doj.oregon.gov
julia.taylor@doj.oregon.gov
Of Attorneys for the State Defendants

Page 2 -   NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(C)